UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
JUDY MAGEE,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*****************************

Civil Action No. 09-0627
(NAM) (RFT)

**CONSENT ORDER TO
REMAND PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and John M. Kelly, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, Jaya Shurtliff, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 17th day of March, 2010;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
NORMAN A. MORDUE
Chief United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                        RICHARD S. HARTUNIAN
                        United States Attorney

By:    /s/ John M. Kelly
        JOHN M. KELLY
        Special Assistant U.S. Attorney
        Bar No. 513801


        OLINSKY & SHURTLIFF


By:    /s/ Jaya Shurtliff
        JAYA SHURTLIFF
        Attorney for Plaintiff