# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Judy Magee**

    vs.                               **CASE NUMBER: 5:09-CV-627 (NAM/RFT)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Stipulated Consent of the parties is approved.  It is Ordered that the final decision of the Commissioner be and hereby is REVERSED and the Complaint is REMANDED to the Commissioner of Social Security for further administrative action.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 18th day of March, 2010.

DATED: March 18, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk