IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUDY MAGEE,

           Plaintiff,

    vs.

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
09-CV-0627

STIPULATION and ORDER
REGARDING ATTORNEY'S FEES



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 14 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the parties in the above-entitled action that no party to this action is an

infant or incompetent person and that an attorney fee under the Equal Access to Justice

Act (EAJA), 28 U.S.C. 2412, in the amount of $5,736.00 be and hereby is allowed to

Jaya A. Shurtliff Esq., Olinsky & Shurtliff, pursuant to an assignment of EAJA fees

signed by plaintiff on May 10, 2010.

Dated: June 1, 2010

OLINSKY & SHURTLIFF

By:  /s/ Jaya A. Shurtliff
      Jaya A. Shurtliff
      Attorney for Plaintiff

Dated: June 1, 2010

RICHARD S. HARTUNIAN
United States Attorney
United States Attorney's Office
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, NY 10278

By:  s/ John M. Kelly
John M. Kelly - 513801
Special Assistant U.S. Attorney

SO ORDERED: July 14, 2010
Dated: ~~June~~   , ~~2010~~
         Syracuse, NY

HON. NORMAN A. MORDUE
Chief United States District Judge