# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**JUDY MAGEE**

    vs.　　　　　　　　　　　**CASE NUMBER: 5:09-CV-627 (NAM/RFT)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Jaya A. Shurtliff, Esq., is awarded the amount of $5,736.00 in Attorney Fees under the Equal Access to Justice Act, 28 USC section 2412.

That the Stipulated Consent of the parties is approved.  It is Ordered that the final decision of the Commissioner be and hereby is REVERSED and the Complaint is REMANDED to the Commissioner of Social Security for further administrative action.

All of the above pursuant to the Orders of the Honorable Chief Judge Norman A. Mordue, dated 3/18/2010 and 7/14/2010.

DATED: July 16, 2010

_(signature)_
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk